UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTHONY FELICIEN (as administrator of
estate of ELDON FELICIEN),

                            Plaintiffs,

     -against-                    NOTICE OF APPEARANCE

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, CITY OF NEW
YORK, PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, AND NEW YORK CITY
TRANSIT AUTHORITY,                  Docket No. CV 08-03847 (AKH)

                            Defendants.

------------------------------------------------------------x

PLEASE TAKE NOTICE, that I have been retained by the defendant NEW YORK CITY TRANSIT AUTHORITY. I was admitted to practice in this District in October 2005.

*[signature]*
KAVITA K. BHATT

Office of the General Counsel
New York City Transit Authority
130 Livingston Street, 12th Floor
Brooklyn, NY 11201
718-694-3908
Kavita.Bhatt@nyct.com