130 Livingston Street  
Brooklyn, NY 11201

Howard H. Roberts, Jr.  
President

**MTA** **New York City Transit**  
**Richard Schoolman**  
richard.scoolman@nyct.com  
T (718) 694-4667 • F (718) 694-5727



June 12, 2008

Hon. Alvin K. Hellerstein, Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

    RE:    **Felicien vs. USFEPA, City of New York, and New York City Transit Authority**  
             **No. 08-cv-03847 (AKH)**

Dear Judge Hellerstein:

    I am one of the attorneys who has appeared for the defendant New York City Transit Authority. Ms. Melissa Katz, who also appeared as an attorney for the Transit Authority in this case, has recently left her job as an in-house attorney with the Transit Authority, and thus no longer represents the Transit Authority in this case. Based on the advice of the Clerk's Office, I write to you to ask that you direct the Clerk to delete Ms. Katz from the Court's docket sheet, and other court records, as an attorney for the Transit Authority in this case.

    Thank you.

                                   Respectfully,

                                   *Richard Schoolman*  
                                   Richard Schoolman

cc: Attorneys for all appearing parties

                                   So ordered  
                                   6/17/08

---

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York  
H. Dale Hemmerdinger, Chairman                      Elliot G. Sander, Executive Director & CEO